# EXHIBIT A



## EDWARDS AND COMPANY
INSURANCE SINCE 1865
CONSTRUCTION/REAL ESTATE PRACTICE

June 14, 2019

GEIS Companies
10020 Aurora Hudson
Streetsboro OH, 44241

Attention: To whom this may concern
RE: MDC HI, Inc.

Please accept this letter as verification that MDC HI Inc. has a Surety Bond Program with a $10,000,000.00 aggregate limit procured through Edwards & Company Insurance Brokerage placed with Liberty Mutual.

There are currently no open bonds outstanding at this time. 2018 tax returns and current interm financials have been reviewed as of June 1, 2019 and this program is active.

If you should have any questions please feel free to contact me. I look forward to continuing a long a prosperous business relationship with Mr. Delahunt and his organization.

Respectfully,

Sean P. Flaherty, CRIS
Senior Vice President
Edwards & Company Insurance
Construction & Real Estate Practice Group
O; (631) 472-8423
C; (516) 445-1018
sflaherty@edwardsandco.net

Cc; File