# THE LAW OFFICES OF
# JOSEPH Z. AMSEL, PLLC

ATTORNEY AT LAW

43 WEST 43RD STREET, SUITE 265, NEW YORK, NY 10036
TELEPHONE: 888-558-7425   FAX: 212-437-9844
EMAIL: JZAMSEL@AMSELLAW.COM   WEB: WWW. AMSELLAW.COM

April 11, 2022

The Honorable Denis R. Hurley
United States District Court for the
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

**Re Request to Amend Reply Memorandum in Support of Motion to Vacate (ECF Doc. 26-3),** *Geis v. Delahunt*, **2:20-cv-03834-DRH-JMW**

Dear Judge Hurley:

I write to request to amend Defendant's reply memorandum in support of his motion to vacate the certificate of default, filed under seal as ECF Document 26-3. The attached three exhibits were inadvertently omitted from the Reply when it was filed via ECF earlier this evening.

I apologize for the any inconvenience and confusion this may cause.

                                                                Respectfully submitted,

                                                                /s/ Joseph Z. Amsel, Esq.

*To All Appearing Counsel Via ECF*